LAW OFFICES
OF

# ROCCO C. CIPPARONE, JR.

RECEIVED

JUL 1 1 2010

ROCCO C. CIPPARONE, JR.◻◊†

◻ CERTIFIED BY THE JEROME B. SIMANDLE
SUPREME COURT OF NEW JERSEY DISTRICT JUDGE
AS A CRIMINAL
TRIAL ATTORNEY

◊ ADMITTED TO PRACTICE IN
NJ, PA & FEDERAL COURTS
IN NJ, PA & MICH.

† ADJUNCT FACULTY
RUTGERS UNIV. LAW
SCHOOL

Please Reply to NJ Office

July 7, 2010

Honorable Jerome B. Simandle
United States District Judge
Mitchell H. Cohen Courthouse          ELECTRONICALLY FILED
One John F. Gerry Plaza
Camden, NJ 08101

   RE: United States of America v. Luciano DiSalvatore
     Criminal No. 09-872 (JBS)

Dear Judge Simandle:

  Mr. DiSalvatore is scheduled to turn himself in next week to the Fairton Federal Correctional Institution (Satellite Camp) to begin service of his sentence. This letter is to request that the Court authorize the United States Pretrial Services Agency to return Mr. DiSalvatore's passport, which they have been holding as a condition of bail, to Mr. DiSalvatore's wife, Marie DiSalvatore upon confirmation by that agency that Mr. DiSalvatore has surrendered.

  I have provided space below for Your Honor to indicate if this request is granted or denied. If the Court either could electronically file the approval/denial, or return it to me, I will then supply it to Mr. DiGiacomo. Thank you for your consideration.

           Respectfully submitted,

           *LAW OFFICES OF ROCCO C. CIPPARONE, JR.*

     BY: /s/Rocco C. Cipparone, Jr.
        Rocco C. Cipparone, Jr., Esquire

The request is ✓ approved.  *Jerome B. Simandle*  7/12/10
        HON. JEROME B. SIMANDLE  DATE

The request is ___ denied.  _____  _____
        HON. JEROME B. SIMANDLE  DATE

RCC/pac
cc: AUSA Jason Richardson *(via electronic filing)*
   Luciano DiSalvatore

---

**203-205 BLACK HORSE PIKE**      **806 REED STREET**
**HADDON HEIGHTS, NJ 08035**    **POST OFFICE BOX 2443**
**(856) 547-2100**         **PHILA., PA 19147**
**FAX: (856) 547-2225**       **(215) 854-9600**

*WWW.CIPPARONELAW.COM*